**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-1845**

GLORIA DEAN WILLIAMS,

Plaintiff - Appellant,

v.

JERRY R. TILLETT, individually, and in his official capacity
as Senior Resident Superior Court Judge District 1, North
Carolina; JOSEPH H. FORBES, JR., Esquire,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Elizabeth City. James C. Dever
III, Chief District Judge. (2:15-cv-00038-D)

Submitted: October 13, 2016        Decided: October 17, 2016

Before NIEMEYER, DUNCAN, and WYNN, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Gloria Dean Williams, Appellant Pro Se. Grady L. Balentine, Jr.,
Special Deputy Attorney General, Raleigh, North Carolina; Ronald
Graham Baker, SHARP, MICHAEL, GRAHAM & BAKER, LLP, Kitty Hawk,
North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gloria Dean Williams appeals the district court's order dismissing her civil action for lack of subject matter jurisdiction. On appeal, we confine our review to the issues raised in the Appellant's brief. See 4th Cir. R. 34(b). Because Williams' informal brief does not challenge the basis for the district court's disposition, Williams has forfeited appellate review of the court's order. See Williams v. Giant Food Inc., 370 F.3d 423, 430 n.4 (4th Cir. 2004). Accordingly, we dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED